

**Mars Khaimov Law, PLLC**

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: marskhaimovlaw@gmail.com

November 9, 2021

**MEMO ENDORSED**

The Order to Show Cause for Default Judgment hearing scheduled for November 12, 2021 is adjourned *sine die*. The parties are instructed to submit a joint status report by November 19, 2021. It is SO ORDERED.

The application is  X  granted
                   ___ denied

Edgardo Ramos, U.S.D.J
Dated:  11/10/2021
New York, New York

**VIA ECF**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court Eastern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re:   *Jose Quezada v. Travelpark LLC;* Case No.:  21 Civ. 5105

Dear Judge Ramos:

    This firm represents Jose Quezada in the above-captioned case. I have been in contact with counsel for Defendant Travelpark LLC, Stephen A. D'Aunoy of Thompson Coburn LLP. The parties jointly and respectfully request the Order to Show Cause for Default Judgment hearing currently scheduled for November 12, 2021 be removed from the Court's calendar. Counsel for Travelpark reports the company moved office locations and only recently received a copy of the Order to Show Cause.

    Plaintiff and Travelpark are currently in discussions to resolve the issues raised in Plaintiff's Complaint by settlement, which would result in a dismissal of the case with prejudice. The parties propose to provide the Court with a status report by November 19, 2021 in which they will either advise the Court of a settlement, or propose a schedule for moving the case forward now that Travelpark has been advised of the lawsuit.

    Thank you for your consideration.

Respectfully Submitted

/s/ Mars Khaimov

**Mars Khaimov Law, PLLC**

Cc: Stephen A. D'Aunoy, Esq.